*Messrs. Markel & Meyer,* for Relator.

---

No. 2,919.—CLIFFORD R. WEARE, APPELLANT, *v.* C. E. BAKER, SHERIFF, RESPONDENT.

*Appeal from District Court, Sanders County; Henry L. Myers, Judge.*

Decided December 6, 1910.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is, after due consideration by the court, granted and the appeal is accordingly dismissed.

*Mr. H. C. Schultz,* and *Messrs. Marshall & Stiff,* for Appellant.

*Mr. A. S. Ainsworth,* for Respondent.